IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAFAR SALAAM; and JAMIKA SALAAM,<br><br>Plaintiffs,<br><br>v.<br><br>WAN HAI LINES LTD; and WAN HAI LINES (SINGAPORE) PTE LTD,<br><br>Defendants. | CIVIL ACTION NO.: 4:22-cv-104 |

**O R D E R**

On June 1, 2023, the Court stayed this action as the case had settled. (Doc. 38.) Presently before the Court is a Joint Stipulation of Dismissal With Prejudice, signed by counsel for Plaintiffs and counsel for Defendants, wherein the parties state that they stipulate to the dismissal of this action with prejudice, with each side to bear its own costs, expenses and attorneys' fees. (Doc. 43.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**, with each side to bear its own costs, expenses and attorneys' fees. The Clerk of Court is hereby authorized and **DIRECTED** to **LIFT** the stay, **TERMINATE** all pending motions, and **CLOSE** this case.

**SO ORDERED**, this 16th day of August, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA